DUPLICATE ORIGINAL

LODGED 2007 FEB -2 PM 3:13 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY ___

FILED CLERK, U S DISTRICT COURT
FEB 12 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTERED CLERK, U S DISTRICT COURT
FEB 13 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

1  (COUNSEL OF RECORD ON THE NEXT PAGE)

_X_ Priority
_X_ Send
___ Clsd
_X_ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GATES, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WM FINANCIAL SERVICES, INC.,<br><br>Defendants. | Case No. CV 05-6061 CAS (SSx)<br><br>(Consolidated with Case No. CV 05-7584 CAS (SSx))<br><br>**CLASS ACTION [FRCP 23]**<br><br>**COLLECTIVE ACTION [U.S.C. § 216(B)]**<br><br>[PROPOSED] ORDER (1) GRANTING FINAL APPROVAL OF CLASS SETTLEMENT AND GRANTING CLASS COUNSEL'S APPLICATION FOR ATTORNEYS' FEES AND COSTS, AND (2) ENTERING JUDGMENT DISMISSING ACTION WITH PREJUDICE<br><br>JUDGE CHRISTINA A. SNYDER |

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

DOCKETED ON CM
FEB 13 2007
BY ___ 004

(97)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1  MICHAEL A. GOULD, BAR NO. 151851
   GOULD & ASSOCIATES
2  12832 Valley View #211
   Garden Grove, California 92845-2514
3  Telephone: 714.379.6240
   Facsimile: 714.379.6243
4  E-mail: michael@wageandhourlaw.com

5  RICHARD A. JONES, BAR NO. 117679
   LAW OFFICE OF RICHARD A JONES
6  1820 E 17th St
   Santa Ana, California 92705
7  Telephone: 714.480.0200
   Facsimile: 714.480.0423
8
   EDWARD J. WYNNE, Bar No. 165819
9  WYNNE LAW FIRM
   100 Drakes Landing Road, Suite 275
10 Greenbrae, California 94904
   Telephone: 415.461.6400
11 Facsimile: 415.461.3900
   E-mail: ewynne@wynnelawfirm.com
12
   JEFFREY K. COMPTON, BAR NO. 142969
13 MARKUN ZUSMAN & COMPTON LLP
   465 California St, 5th Floor
14 San Francisco, California 94104
   Telephone: 415.438.4515
15 Facsimile: 415.434.4505
   E-mail: ezusman@mzclaw.com
16
   Attorneys for Plaintiffs MICHAEL GATES, MATTHEW MOORE, ROBERT
17 BURAKOFF AND THE SETTLEMENT CLASS

18 R. BRIAN DIXON, Bar No. 076247
   LITTLER MENDELSON
19 A Professional Corporation
   650 California Street, 20th Floor
20 San Francisco, California 94108.2693
   Telephone: 415.433.1940
21 Facsimile: 415.399.8490
   E-mail: bdixon@littler.com
22
   DOUGLAS A. WICKHAM, Bar No. 127268
23 LITTLER MENDELSON
   A Professional Corporation
24 2049 Century Park East, 5th Floor
   Los Angeles, California 90067.3107
25 Telephone: 310.553.0308
   Facsimile: 310.553.5583
26 E-mail: dwickham@littler.com

27 Attorneys for Defendant WM FINANCIAL SERVICES, INC.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.

Plaintiffs MICHAEL GATES and MATTHEW MOORE's Motion for an Order (1) conditionally certifying a settlement class, (2) preliminarily approving the class action settlement reached between the parties, (3) approving the notice of class action settlement, and (4) setting the final approval (the "Preliminary and Final Approval Motion") hearing came on for hearing in Courtroom 5 of the above captioned Court, the Honorable Christina Snyder, District Judge, presiding, on October 16, 2006, at which time, this Court scheduled the hearing re Final Approval of this Class Action Settlement for February 12, 2006 (the "Final Approval Hearing"). Thereafter, Class Counsel filed their motion for attorneys' fees and costs and Class Counsel's Motion was heard and the Final Approval Hearing was conducted on February 12, 2006. Michael A. Gould, Richard A. Jones, Edward J. Wynne, and Jeffrey A. Compton appeared on behalf of Plaintiffs Michael Gates and Matthew Moore and the Settlement Class. Douglas A. Wickham of Littler Mendelson, a Professional Corporation, appeared on behalf of Defendant WM Financial Services, Inc.

The Court, having reviewed Plaintiff's Preliminary and Final Approval Motion and Class Counsel's Motion for Order (1) Granting Final Approval and (2) Awarding Attorney's Fees and Costs, and the papers submitted in support thereof, as well as the entire record in this cause, and good cause appearing,

**IT IS ORDERED, ADJUDGED, AND DECREED THAT:**

1. This Order incorporates by reference the definitions in the Joint Stipulation of Settlement and Release between Plaintiffs Michael Gates and Matthew Moore and Defendant WM Financial Services, Inc. ("Joint Stipulation" or "Agreement") and all terms defined therein shall have the same meaning in this order;

2. The Court has and hereby exercises its original jurisdiction over the claims alleged in the two civil actions pending currently as a consolidated action before this Court, entitled *Matt Moore, individually and on behalf of others similarly situated v. Washington Mutual, Inc., and Does 1 through 50, inclusive*, Case Number CV 05-7584 CAS (SSx) (the "Moore action"), and *Michael Gates, individually, and*

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

3.

*on behalf of other members of the general public similarly situated v. Washington Mutual Financial Services, Inc.; DOES 1 through 25*, Case Number CV 05-6061-CAS (SSx) (the "Gates action"), pursuant to the Class Action Fairness Act, 28 U.S.C. § 1446 ("CAFA") and the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA"); the named Plaintiffs Michael Gates and Matthew Moore; and all putative members of the Settlement Class conditionally certified for purposes of the Settlement who have not opted out.

3. The Court hereby grants full and final approval of the terms and conditions contained in the Parties' Joint Stipulation Of Settlement And Release Between Plaintiffs Michael Gates And Matthew Moore And Defendant WM Financial Services, Inc. and the Agreement is hereby fully and finally approved and shall be carried out and effectuated according to its terms and this Order.

4. The Court finds the Agreement and the terms and conditions set forth therein fair, reasonable, adequate and in the best interests of the Settlement Class, particularly when balanced against the probable outcome of further litigation relating to liability and damages issues. The Court further finds that extensive and costly investigation and research have been conducted such that Counsel for the Parties are able reasonably to evaluate their respective positions and enter into the Settlement in good faith. The Court also finds the Settlement reached by the Parties at this time will avoid additional delay and risks that would be presented by further prosecution of these actions. The Court additionally finds the Settlement has been reached through the result of intensive, serious and non-collusive arms-length negotiations, including a full-day mediation with a third-party neutral.

5. The Court hereby finds that Settlement Class Members who have not opted out (by timely submitting Exclusion Forms to the Claims Administrator) shall be bound by this Settlement, including the Release of Claims, and the Court concludes that this Settlement should be and is hereby finally approved.

6. For purposes of this Settlement only, the Settlement Class is defined as

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

4.

the named Plaintiffs, Michael Gates and Matthew Moore, and all persons who currently are, and all persons who were, employed by Defendant WM Financial Services, Inc. and its predecessors, successors, and assigns in the State of California in the Financial Consultant position between June 30, 2001, and April 30, 2006 ("Settlement Class").

7.  The Court finds that Notice of the terms of the Settlement was given to Settlement Class Members, the Settlement Class Members properly were advised of the Final Approval Hearing, and that no valid objections to this Settlement have been made. The Court further finds the Notice, given by first class mail, was the best notice under the circumstances and satisfies the requirements of Constitutional due process, as well as the due process requirements contained in Federal Rule of Civil Procedure 23(c)(2) and 23(e), 29 U.S.C. § 216(b), California Code of Civil Procedure §382, and other applicable law.

8.  Upon the Effective Date, named Plaintiffs Gates and Moore, Former Class Representative Robert Burakoff and all Settlement Class Members (except those Settlement Class Members who timely and validly opted out) have settled and released the Released Parties (as that term is defined in the Agreement) of the Released Claims (as that term is defined in the Agreement) on an opt-out basis, including any and all claims made, or that could be made, pursuant to the Fair Labor Standards Act, the Portal to Portal Act, and 29 U.S.C. § 216(b), and which may serve as predicate acts to claims made, or that could be made, under California Business & Professions Code section 17200, or any other provision of law. Furthermore, the named Plaintiffs and the Former Class Representative, and all Settlement Class Members who timely submitted valid Claim Forms to the Claims Administrator, have opted in to and thereby have submitted voluntarily to the jurisdiction of the United States District Court, Central District of California, with respect to his or her claim under the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b); in so doing, the named Plaintiffs and the Former Class Representative, and all Settlement Class

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433 1940

5.

Members who timely submitted valid Claim Forms have settled and released the Released Parties (as that term is defined in the Agreement) of any and all claims made, or which could be made, pursuant to the Fair Labor Standards Act, the Portal to Portal Act, and 29 U.S.C. § 216(b).

9. Plaintiffs Michael Gates and Matthew Moore, Former Class Representative Robert Burakoff, the Settlement Class Members, and Defendant WM Financial Services, Inc. shall consummate the Settlement in accordance with the terms of the Agreement. Except as expressly provided in the Agreement, neither Defendant WM Financial Services, Inc. nor the Released Parties (as defined in the Agreement) shall have any further liability arising from this Action for costs, expenses, interest, attorneys' fees, or for any other charge expense, or liability.

10. Settlement Class Members who duly requested exclusion from the Settlement shall not participate in the Settlement hereby approved or receive any benefits there under, nor shall they be bound by this Order and the Final Judgment in this matter.

11. The Court hereby finds that One Million Nine Hundred Seventy-Five Thousand Dollars and No Cents ($1,975,000.00) is the amount of reasonable attorneys' fees that should be paid to Class Counsel for all work done in and to be done until the completion of this litigation; that Forty-Five Thousand Two Hundred Sixty Dollars and 43 Cents ($45,260.43) is the amount of reasonable costs that should be paid to Class Counsel to reimburse them for reasonable costs incurred in prosecuting this Action; and hereby authorizes payment of the said amount from the Maximum Payment amount in accordance with Section 11 of the Agreement.

12. The Court hereby approves the definitions, disposition of the settlement amounts, and benefits and payments provided for in the Agreement and directs said payments be made to the Class Representatives and the Settlement Class Members in accordance with Sections 12-15 of the Agreement. The benefits and payments described in the Agreement are the only consideration, fees and expenses that the

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

6.

Released Parties (as defined in the Agreement) shall be obligated to provide to the Class Representatives, the Former Class Representative, the Settlement Class Members, and Class Counsel in connection with the Agreement and this Order and the Final Judgment in this matter.

13. Even though this case is Ordered dismissed with prejudice, the Court nevertheless retains continuing jurisdiction as to all matters relating to the administration and consummation of the Settlement as provided in the Agreement and all other matters covered in this Order and the Final Judgment to be entered in this matter.

14. Nothing in this Order shall preclude any action to enforce Defendants' obligations under the Agreement, including the requirement that it make payments to Settlement Class Members in accordance with the terms of the Agreement of Settlement.

15. Upon entry of this Order, Plaintiffs' Complaints in this and the related action shall be dismissed with prejudice, and a final judgment and dismissal with prejudice shall be filed and entered herein dismissing this and the related action with prejudice and, except as otherwise provided in the Agreement, Plaintiffs Michael Gates and Matthew Moore, Former Class Representative Robert Burakoff, the Settlement Class and Class Counsel shall bear his/her/its attorneys' fees, costs and expenses incurred by them in or arising out of the Action (as defined in the Agreement), and shall not seek reimbursement thereof from WM Financial Services, Inc. or the Released Parties.

16. Neither the Parties' Agreement, nor this Order or the Judgment and Dismissal, constitute admissions of liability or fault by WM Financial Services, Inc. or the Released Parties, or a finding as to the validity of any claims in the Lawsuit or of any wrongdoing or violation of law by WM Financial Services, Inc. or the Released Parties. The Agreement and the Settlement contemplated by the Agreement are not a concession by the Parties and, to the extent permitted by law, neither this Order, the

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

7.

Final Judgment, or any of their terms or provisions, nor any of the negotiations or proceedings connected with them, shall be offered as evidence or received in evidence in any pending or future civil, criminal, or administrative action or proceeding to establish any liability of, or admission by WM Financial Services, Inc., the Released parties or either of them. Notwithstanding the foregoing, nothing in this Order or the Final Judgment shall be interpreted to prohibit the use of this Order or the Final Judgment in a proceeding to consummate or enforce the Agreement or this Order or the Final Judgment or to defend against the assertion of claims in any other proceeding, or as otherwise required by law.

17. In the event the Settlement does not become effective in accordance with the terms of the Agreement, this Order and the Judgment and Dismissal shall be rendered null and void to the extent provided by and in accordance with the Agreement and shall be vacated.

18. All other relief not expressly granted to the Settlement Class Members is denied.

19. This Action shall be dismissed with prejudice in accordance with the terms of this Order and the Agreement and Judgment shall be entered in accordance with this Order.

**IT IS SO ORDERED.**

DATED: _February 12, 2007_

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT

Firmwide:81348006.2 028598.1010

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

8.